IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:15-CR-65-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LACY RAE WARD, | ) | |
| | ) | |
| Defendant. | ) | |

On February 25, 2016, the court held a hearing concerning Lacy Rae Ward's ("Ward")
motion to suppress. As explained in open court and incorporated by reference, Ward's motion to
suppress [D.E. 27] is DENIED.

SO ORDERED. This **25** day of February 2016.

JAMES C. DEVER III
Chief United States District Judge